**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Scott Allen Turnbull,

Plaintiff,

vs.

Michael Reuvers, individually and in his capacity as a police officer in the Police Department of the City of St. Paul; Jeffrey Schwab individually and in his capacity as a police officer in the Police Department of the City of St. Paul; and John Doe #1, individually and in his capacity as a police officer in the Police Department of the City of St. Paul, and the City of St. Paul, a municipal corporation,

Defendants.

Case No.: CV-01-1114 (DSD/JSM)

**STIPULATION OF DISMISSAL AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated by and between the parties, through their respective, undersigned attorneys, that this matter should be dismissed as to all defendants with prejudice and without costs or disbursements to either party. The parties jointly petition this Court to enter the attached Order For Dismissal With Prejudice.

**GISLASON & HUNTER, LLP**

Dated: 7/3/03

Matthew H. Morgan, Esq.
Atty. ID No.: 304657
9900 Bren Road East
Suite 215E
Minnetonka, MN 55343-2297
(952) 933-9900
*Attorneys for Plaintiff*

FILED JUL 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**MANUEL CERVANTES**
Saint Paul City Attorney

Dated: June 4, 2003

By: John H. Stechmann

John H. Stechmann #270908
Assistant Saint Paul City Attorney

550 City Hall & Courthouse
15 West Kellogg Boulevard
Saint Paul, Minnesota 55102
(651) 266-8770
*Attorneys for Defendants*

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the above-referenced Stipulation for Dismissal, it is hereby ordered that the above-captioned lawsuit is dismissed with prejudice and without costs to either party.

Dated: 7/14/03

The Honorable David S. Doty
Judge of United States District Court