**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Scott Allen Turnbull,

Plaintiff,

vs.

Michael Reuvers, individually and in his capacity as a police officer in the Police Department of the City of St. Paul; Jeffrey Schwab individually and in his capacity as a police officer in the Police Department of the City of St. Paul; and John Doe #1, individually and in his capacity as a police officer in the Police Department of the City of St. Paul, and the City of St. Paul, a municipal corporation,

Defendants.

Case No.: CV-01-1114 (DSD/SRN)

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Pleadings/Disclosures**

Completed - All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

Completed - All motions which seek to amend the pleadings or add parties have been served and filed.

**Discovery/Nondispositive Motions**

August 1, 2002 - All non-expert discovery shall be commenced in time to be completed by this date.

September 1, 2002 - All Rule 35 medical examinations shall be completed.



FILED JUL 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

September 1, 2002 - By Plaintiff

September 15, 2002 - By Defendants

November 1, 2002 - All discovery of any kind shall be commenced in time to be completed by this date.

November 5, 2002 - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling the calendar clerk to Judge Susarn Richard Nelson at (651) 848-1200. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

**Dispositive Motions/Trial**

January 1, 2003 - All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than January 1, 2003.

**General**

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 4 experts.

Each party may call no more than 4 experts at trial.

Dated: 7/9/02

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

No further extensions will be granted